**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: JAYMIE L. BROWN | : | CASE NO: 17-21120 jjt |
| | : | |
| | : | CHAPTER 7 |
| DEBTOR | : | |
| | : | |
| JAYMIE L. BROWN | : | ADV. PRO. NO: 17-02075 |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD HEALTHCARE CORPORATION | : | |
| | : | |
| Defendant | : | January 16, 2018 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Jaymie L. Brown, and the Defendant, Hartford Healthcare Corporation, hereby stipulate that the claims for the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

THE PLAINTIFF,

By: /s/ Kenneth R. Davison
Kenneth R. Davison, Esq.
Federal Bar No. ct29644
Action Advocacy PC
One Crouch Street
Groton, CT 06340
Telephone: (860) 449-1510
Facsimile: (860) 449-8046
Email: office@actionadvocacy.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018 the above Stipulation of Dismissal was electronically forwarded via ECF to any parties on the list to receive email notice and a copy was mailed first class to the following:

Hartford Hospital
Agent for Hartford Healthcare Corporation
Attn: Legal Department
85 Jefferson Street
Hartford, CT 06106

January 16, 2018

By: /s/ Kenneth R. Davison, Esq.
Federal Bar No. ct29644
Action Advocacy PC
One Crouch Street
Groton, CT 06340
Telephone (860) 449-1510
Facsimile (860) 449-8046
Email: office@actionadvocacy.com